No. 71–1698.  UNITED STATES *v.* BISHOP.  C. A. 9th Cir.  Certiorari granted.

No. 72–10.  MOOR ET AL. *v.* COUNTY OF ALAMEDA ET AL.  C. A. 9th Cir.  Certiorari granted.

No. 71–1442.  COLGROVE *v.* BATTIN, U. S. DISTRICT JUDGE.  C. A. 9th Cir.  Motion of International Association of Insurance Counsel for leave to file a brief as *amicus curiae* and certiorari granted.

No. 71–6481.  DAVIS *v.* UNITED STATES.  ·C. A. 5th Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–6698.  MORRIS *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 4th Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–6742.  HURTADO ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–1168.  STRECKFUS STEAMERS, INC., ET AL. *v.* CITY OF ST. LOUIS ET AL.  St. Louis Ct. App. Mo.  Certiorari denied.

No. 71–1175.  FORKS ET AL. *v.* CITY OF WARSAW.  Sup. Ct. Ind.  Certiorari denied.